# United States Court of Appeals
## For the First Circuit

No. 21-1921

JOACHIM MARTILLO,

Plaintiff - Appellant,

v.

TWITTER, INC.; FACEBOOK, INC.; A MEDIUM CORPORATION; LINKEDIN CORPORATION; THE STANFORD DAILY PUBLISHING CORPORATION; HARVARD CRIMSON, INC.,

Defendants - Appellees.

Before

Kayatta, Howard and Gelpí,
Circuit Judges.

**JUDGMENT**

Entered: October 4, 2022

    The sua sponte dismissal of this action under 28 U.S.C. § 1915(e)(2) is summarily affirmed, essentially for the reasons discussed by the district court in its Order of October 15, 2021. See 1st Cir. R. 27.0(c).

    Affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joachim C. Martillo
Kenneth N. Thayer
Sarah P. Kelly
Anuj K. Khetarpal